The Supreme Court docket number is SC 17687.

*Kimball Haines Hunt* and *Nicole L. Barber*, in support of the petition.

*Helen Apostolidis*, assistant corporation counsel, in opposition.

Decided June 22, 2006

STATE OF CONNECTICUT *v.* JOSE A. IRIZARRY

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 224 (AC 25895), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Alice Osedach*, assistant public defender, in support of the petition.

*Joan K. Willin*, special deputy assistant state's attorney, in opposition.

Decided June 22, 2006

STATE OF CONNECTICUT *v.* JOSE J. MARTINEZ

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 162 (AC 26647), is denied.

*Lauren Weisfeld*, assistant public defender, in support of the petition.

*Ronald G. Weller*, senior assistant state's attorney, in opposition.

Decided June 22, 2006